**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

THADDEUS WALKER,

    Petitioner,

v.                                                            CASE NO. 4:09cv66-RH/AK

WALTER McNEIL,

    Respondent.

_____/

**ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation (document 19). No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED with prejudice because untimely." The clerk must close the file.

    SO ORDERED on December 1, 2009.

                                                     s/Robert L. Hinkle
                                                     United States District Judge